UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


MINH B. HOANG,

                    Plaintiff,                            3:19-cv-1158-AC

                                                         ORDER OF DISMISSAL
        v.

HEALTH CARE SERVICE CORPORATION,
a mutual legal reserve company, dba BLUE
CROSS BULE SHIELD OF ILLINOIS,

                    Defendant.

---

ACOSTA, Magistrate Judge:

   The Court GRANTS the parties' Stipulated Motion to Dismiss (ECF #12). Accordingly, IT

IS HEREBY ORDERED, that: (1) This matter is DISMISSED with PREJUDICE; (2) Motions, if

any, are DENIED as moot; and (3) Each party to bear its own costs and attorneys' fees; and all

scheduling dates in this matter are vacated and stricken from the calendar.

   DATED this _6th_ day of September, 2019.

                                   JOHN V. ACOSTA
                                   United States Magistrate Judge


1- ORDER OF DISMISSAL